**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 4, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00157-CR

## IN RE LEON HARRISON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 635921**

---

## MEMORANDUM OPINION

On February 26, 2013, relator Leon Harrison filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel Chris Daniel, the Harris County District Clerk, to forward his notice of appeal and "all related documents" in the underlying action to this court. Because the District Clerk has now forwarded relator's notice of appeal, we dismiss this proceeding as moot.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. We ordinarily do not have mandamus jurisdiction over a District Clerk. However, we have jurisdiction to grant mandamus relief when a district clerk fails to forward a notice of appeal to the court of appeals because issuance of the writ is necessary to enforce our jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b); *In re Smith*, 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding).

The trial court clerk has a mandatory ministerial duty to forward a notice of appeal to the court of appeals. *Whitsitt v. Ramsay*, 719 S.W.2d 333, 335 (Tex. Crim. App. 1986) (orig. proceeding). On March 21, 2013, the Harris County District Clerk forwarded relator's notice of appeal to this court, which docketed his appeal as cause number 14-13-00239-CR. Because the District Clerk has complied with his ministerial duty to forward the notice of appeal to the court of appeals, we dismiss this proceeding as moot. As to any additional relief requested, we dismiss for want of jurisdiction. *See* Tex. Gov't Code Ann. § 22.221.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).